# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MOLLIE L. KENNEDY, ADMINISTRATRIX, ETC,** ) ) ) | |
| ) | Case No. 2:05CV00030 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: James P. Jones |
| **JOY TECHNOLOGIES, INC., ET AL.,** ) ) | Chief United States District Judge |
| ) | |
| Defendants. ) | |

The plaintiff has filed a Motion to Reconsider Order of Summary Judgment. After careful consideration thereof, and for the reasons stated by the defendants in their briefs in opposition thereto, it is **ORDERED** that the motion is DENIED.

ENTER: November 13, 2006

/s/ JAMES P. JONES
Chief United States District Judge